UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:
GWENDOLYN WILLIAMSON
5855 N 80Th Street
Milwaukee, WI 53218

Chapter 13
Case No. 2013-31459-BEH-13

**NOTICE OF TELEPHONIC HEARING & OBJECTION TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN**

Debtor

  Now comes the Chapter 13 Standing Trustee, Rebecca R. Garcia, and objects to confirmation of debtor's Chapter 13 Plan filed on February 9, 2016, for the reason that:
 Failure to properly serve post-confirmation plan modification as required by Rule 3015(g).
 The proposed plan is not substantiated by a budget.

WHEREFORE, trustee prays for denial of confirmation of debtor's Chapter 13 Plan filed February 9, 2016.

### NOTICE OF TELEPHONE HEARING

TO: GWENDOLYN WILLIAMSON  NICKOLAI AND POLETTI LLC
                 Trustee Rebecca R. Garcia

  PLEASE TAKE NOTICE that a telephone hearing will be held via conference call before the Honorable Beth E. Hanan, United States Bankruptcy Judge, United States Bankruptcy Judge, on **March 15, 2016 at 10:30 AM**, to consider the Trustee's Objection to Confirmation of the Modified Plan filed February 9, 2016.

  **To appear by telephone, you must call the court conference line at 1-888-808-6929, and enter access code 9122579 before the scheduled hearing time.** The court may already be in session, so please wait quietly on the telephone for your case to be called. [If represented by an attorney, the debtor is welcome, but not required, to participate in this hearing. If the debtor is not represented by an attorney, the debtor is required to participate in this hearing.]

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**

Dated the 22nd day of February 2016.
  /s/ Jennifer K. Marchinowski
  Staff Attorney

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  
GWENDOLYN WILLIAMSON  
5855 N 80Th Street  
Milwaukee, WI 53218

Case No. 2013-31459-BEH-13

Chapter 13  
**CERTIFICATE OF SERVICE**

Debtor

STATE OF WISCONSIN )  
                       ) SS  
WINNEBAGO COUNTY)

    Kristina L. Wilder, being first duly sworn on oath, states that she is an employee in the office of Rebecca R. Garcia, Standing Chapter 13 Trustee, P.O. Box 3170, Oshkosh, WI 54903-3170 and on the 22nd day of February 2016, a copy of the trustee's Objection to Confirmation of Chapter 13 Plan filed February 9, 2016, was mailed in a first class postage paid envelope to the following:

GWENDOLYN WILLIAMSON  
5855 N 80TH STREET  
MILWAUKEE, WI,   53218

and the following were served electronically

NICKOLAI AND POLETTI LLC

                              Dated the 22nd day of February 2016.  
                                  /s/ Kristina L. Wilder  
                                  Kristina L. Wilder